✎AO 435
(Rev. 10/05)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Read Instructions on Back:*

| | | FOR COURT USE ONLY |
|---|---|---|
| | | DUE DATE: |

| 1. NAME Benjamin D. Bianco | 2. PHONE NUMBER (212) 907-0845 | 3. DATE 3/4/2010 | |
|---|---|---|---|
| 4. FIRM NAME Labaton Sucharow LLP | | | |
| 5. MAILING ADDRESS 140 Broadway | 6. CITY New York | 7. STATE NY | 8. ZIP CODE 10005 |

| 9. CASE NUMBER 09cv00856 | 10. JUDGE Hon. Susan R. Bolton | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11.  3/1/2010 | 12. |
| 13. CASE NAME Karpov v. Insight Enterprises Inc. et al. | | LOCATION OF PROCEEDINGS | |
| | | 14.  Phoenix | 15. STATE   AZ |

16. ORDER FOR

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | |
| ☐ SENTENCING | | Hearing on Motion to | 3/1/2010 |
| ☐ BAIL HEARING | | Dismiss | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | | |
| 14 DAYS | ☐ | ☐ | | PAPER COPY        ☐ | |
| 7 DAYS | ☑ | ☐ | | E-MAIL            ☑ | |
| DAILY | ☐ | ☐ | | DISK              ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT        ☐ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT      ☑ | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS bbianco@labaton.com |
|---|---|
| 19. SIGNATURE /s/ Benjamin D. Bianco | **NOTE:  IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.** |
| 20. DATE    3/4/2010 | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY